

# In the United States Court of Federal Claims

No. 16-1710C
(Filed January 6, 2017)
NOT FOR PUBLICATION

FILED

JAN - 6 2017

U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GORDON R. HOLMES,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The court hereby requests plaintiff's consent to the court's referral of this case to the Court of Federal Claims Bar Association Pro Bono/Attorney Referral Pilot Program for the potential representation of plaintiff by counsel.

In the event that plaintiff consents to such referral, the court makes no representation that the Bar Association will be successful in identifying possible pro bono counsel for plaintiff. If the Bar Association is able to identify possible counsel, plaintiff is not obligated to engage any particular attorney, nor is an attorney obligated to represent plaintiff. The court does not endorse representation by any individual attorney. All decisions concerning representation, if any, will be by mutual agreement between plaintiff and an attorney.

Accordingly, on or before **Monday, January 23, 2017**, plaintiff shall file a notice indicating whether he consents to referral of this case to the Court of Federal Claims Bar Association Pro Bono/Attorney Referral Pilot Program.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge